UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

VICKIE RAWLINS,

    Plaintiff(s),

v.

    Case No. 4:23-cv-00523

MILLENNIA TAX RELIEF DBA LIMITED LIABILITY C,

    Defendant(s).

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff, VICKIE RAWLINS__ and notifies the court of the intent to use
(Plaintiff or Defendant)

L & L Process

(name and address of process server)

13876 SW 56 Street, Suite 200

Miami, FL 33175

To serve: Millennia Tax Relief DBA Limited Liability Co., _____ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

04/25/2023                           /s/Michael Eisenband

(date)                                   (attorney for Plaintiff)   (or Self Representing Party)

                                                                 (attorney for Defendant)