UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VICKIE RAWLINS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 4:23-CV-00523-NCC |
| MILLENNIA TAX RELIEF, d/b/a Limited Liability Co., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 10). Under Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant has not served an answer or a motion for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED, without prejudice.**

Dated this 5th day of July, 2023.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE